# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| ROMUALD ZUCHOWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY LOAN SERVICING LLC and any and all persons known or unknown claiming an interest,<br><br>Defendants. | **CASE NO. 2:21-cv-00269**<br><br>**COMMUNITY LOAN SERVICING, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**NOTE ON MOTION CALENDAR: March 26, 2021** |

COMES NOW, Community Loan Servicing, LLC ("CLS"), by and through its undersigned counsel, and moves this Court for an order dismissing Romuald Zuchowski's ("Plaintiff") Complaint ("Complaint") against it, with prejudice, pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6) for failure to state a claim upon which relief can be granted against CLS. CLS's Motion to Dismiss ("Motion") is based upon the following memorandum of points and authorities and upon any further briefing or oral argument that the Court may require.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION

Through his complaint, Plaintiff seeks to quiet title to real property and "removing and forever barring [CLS] from any title claims to the subject property." Plaintiff's claim is premised on his contention that certain assignments of a deed of trust recorded against the subject property contain "fatal errors."

Plaintiff's claim to quiet title fails, as a matter of law because:

1. CLS does not allege that it holds "equity title" to the Property. Rather, CLS holds a lien against the Property in the form of a deed of trust.

2. Plaintiff does not allege that he paid the amounts owed under loan evidenced by the promissory note and deed of trust or even that he has the ability to pay.

3. Plaintiff lacks standing to challenge the assignments in question.

4. Plaintiff lacks standing to prosecute his claims because they are property of his bankruptcy estate.

Based on the foregoing, and as discussed in further detail below, Plaintiff's complaint against CLS must be dismissed, with prejudice, for failure to state a claim upon which relief can be granted.

### II.

### STATEMENT OF FACTS

1. Plaintiff acquired title to the property commonly known as 931 S.32nd St., Renton, Washington 98055 [APN: 948576-0100] ("Property") via a quitclaim deed recorded on December 15, 2004. *See* Complaint, p. 2, Section II, ¶ 1.

2. On December 10, 2004, Plaintiff signed a promissory note ("Note") and deed of trust ("Deed of Trust") in the original, principal amount of $218,800 (the Note and Deed of Trust are collectively referred to herein as the "Loan."). *See* Complaint, p. 2, Section II, ¶ 2 and Complaint, Exhibits "2" and "3."

3. Assignments of the Deed of Trust were recorded against the Property on March 20, 2006, September 18, 2007, and August 14, 2017. *See* Complaint, Exhibits "9," "10," and "4,"

1    respectively."

2        4.    On June 6, 2019, Plaintiff filed a voluntary chapter 7 petition under Title 11 of the

3    United States Code as United States Bankruptcy Court for the Western District of Washington,

4    Seattle Division case number 19-12129-TWD ("Bankruptcy Case").  The Bankruptcy Case was

5    dismissed on October 21, 2019.  A true and correct copy of the case docket from the Bankruptcy

6    Case is attached hereto as Exhibit "1."

7        5.    On June 19, 2020, Plaintiff filed his sworn bankruptcy schedules.  Plaintiff did not

8    identify any potential claims in connection with the Note, Deed of Trust, or Loan in his bankruptcy

9    schedules.  True and correct copies of Plaintiff's sworn bankruptcy schedules are attached hereto as

10   Exhibit "2."

11       6.    On September 16, 2020, Bayview Loan Servicing, LLC changed its name to

12   Community Loan Servicing, LLC.  A true and correct copy of the State of Delaware Certificate of

13   Amendment reflecting the name change is attached hereto as Exhibit "3." [1]

## III.

### DISCUSSION

#### A.    The Standard for a Motion to Dismiss Under FRCP 12(b)(6).

17   The purpose of a motion to dismiss pursuant to Federal Rule of Civil Procedure ("FRCP")

18   12(b)(6) is to test the legal sufficiency of the complaint. *N. Star Int'l v. Ariz. Corp. Comm'n*, 720

19   F.2d 578, 581 (9th Cir. 1983).  Review is limited to the contents of the complaint.  *Clegg v. Cult*

20   *Awareness Network*, 18 F.3d 752, 754 (9th Cir. 1994).  However, exhibits attached to the complaint,

21   as well as matters of public record may be considered in determining whether dismissal was proper

22   without converting to the motion to one for summary judgment. See *Parks School of Business, Inc.*

23   *v. Symington*, 51 F.3d 1480, 1484 (9th Cir.1995); *Mack v. South Bay Beer Distributors, Inc.*, 798

24   F.2d 1279, 1282 (9th Cir.1986); *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1198 (9th Cir. 1988).

25   In this case, the First, Second, and Third Notices of Discontinuance and the Judicial

26   Foreclosure Complaint are matters of public record, of which this Court may take judicial notice.  As

---

[1] CLS respectfully requests that the Court take judicial notice of the publicly available documents attached as exhibits hereto pursuant to Federal Rule of Evidence 201.

                        3                    Malcolm ♦ Cisneros, A Law Corporation
                                                                                       2112 Business Center Drive
                                                                                       Irvine, CA 92612

such, these documents may be considered without converting the FRCP 12(b)(6) motion to a motion for summary judgment. *See, e.g.*, *Branch v. Tunnell*, 14 F.3d 449, 453-454 (9th Cir. 1994).

The purpose of a FRCP 12(b)(6) motion to dismiss for failure to state a claim upon which relief can be granted is to test the legal sufficiency of a complaint so as to eliminate those actions "which are fatally flawed in their legal premise and designated to fail, thereby sparing litigants the burden of unnecessary pretrial and trial activity." *Young v. City of St. Charles*, 244 F.3d 632, 627 (8th Cir. 2001) (quoting *Neitzke v. Williams*, 490 U.S. 319, 326-27 (1989)). A complaint must be dismissed for failure to state a claim if it does not plead "enough facts to state a claim for relief that is plausible on its face." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 560 (2007) (abrogating the traditional "no set of facts" standard set forth in *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957)). A petition need not provide specific facts to support its allegations, *Erickson v. Pardus*, 551 U.S. 89, 93 (2007) (per curiam), but "must include sufficient factual information to provide the 'grounds' on which the claim rests, and to raise a right to relief above a speculative level." *Schaaf v. Residential Funding Corp.*, 517 F.3d 544, 549 (8th Cir. 2008), cert. denied, 129 S.Ct. 222 (2008) (quoting *Twombly*, 550 U.S. at 555-56).

The FRCP 8 pleading standard demands more than "an unadorned, the defendant unlawfully harmed me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S.Ct. 1937, 1949, 173 L.Ed.2d 868 (2009) (citing *Twombly*, 550 U.S. at 555). A complaint that offers nothing more than naked assertions will not suffice. To survive a motion to dismiss, a complaint must contain sufficient factual matter, which if accepted as true, states a claim to relief that is "plausible on its face." *Iqbal*, 129 S.Ct. at 1949. Facial plausibility exists if the pleader pleads factual content that allows the court to draw the reasonable inference that the defendant it liable for the misconduct alleged. *Id.* Plausibility does not equal "probability," but plausibility requires more than a sheer possibility that a defendant has acted unlawfully. *Id.* "Where a complaint pleads facts that are 'merely consistent' with a defendant's liability, it 'stops short of the line between possibility and plausibility of 'entitlement to relief.'" *Id.*

In deciding a motion to dismiss under FRCP 12(b)(6), the Court must construe the facts alleged in the complaint in the light most favorable to the drafter of the complaint and the Court

Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612

must accept all well-pleaded factual allegations as true. *Schwartz v. U.S.,* 234 F.3d 428, 435 (9th Cir. 2000). A dismissal under FRCP 12(b)(6) may be based on the lack of a cognizable legal theory or on the absence of sufficient facts alleged under a cognizable legal theory. *Navarro v. Block*, 250 F.3d 729, 732 (9th Cir. 2001). The Court is not required "to accept as true, allegations that are merely conclusory, unwarranted deductions of fact, or unreasonable inferences." *Sprewell v. Golden State Warriors*, 266 F. 3d 979, 988 (9th Cir. 2001). Courts will not "assume the truth of legal conclusions merely because they are cast in the form of allegations." *Warren v. Fox Family Worldwide, Inc.*, 328 F.3d 1136, 1139 (9th Cir. 2003). Furthermore, courts will not assume that plaintiffs "can prove facts which [they have] not alleged, or that defendants have violated…laws in ways that have not been alleged." *Assoc. Gen. Contractors of Cal., Inc. v. Cal. State Council of Carpenters,* 459 U.S. 519, 526 (1983).

**B.      Plaintiff's Claim to Quiet Title to the Property Must be Dismissed.**

**1.      CLS Does Not Allege That it Holds "Equity Title" to the Property.**

Plaintiff contends that "CLS alleges to hold equity title of subject property by way of a Corporate Assignment of Deed of Trust." However, CLS does not allege that it holds title or "equity title" to the Property. Rather, CLS holds a lien against the Property in the form of the Deed of Trust. Therefore, to the extent that Plaintiff's claims are premised on his mistaken belief that CLS claims to hold title or "equity title" to the Property, they must be dismissed, with prejudice.

**2.      Plaintiff Fails to Allege Tender of the Amounts Owed Under the Loan.**

To maintain a quiet title action against a mortgagee, a plaintiff must first pay the outstanding debt on which the subject mortgage is based. *See Evans v. BAC Home Loans Servicing LP,* No. C10-0656-RSM, 2010 WL 5138394, at *3 (W.D. Wash. 2010) ("Plaintiffs cannot assert an action to quiet title against a purported lender without demonstrating they have satisfied their obligations under the Deed of Trust."). In *Evans*, Judge Martinez explained the basis for establishing a bright-line rule that a plaintiff may not use a quiet title action to void a lien:

> "The logic of such a rule is overwhelming. Under a deed of trust, a borrower's lender is entitled to invoke a power of sale if the borrower defaults on its loan obligations. As a result, the borrower's right to the subject property is contingent upon the borrower's satisfaction of loan

> obligations. . . it would be unreasonable to allow a borrower to bring an
> action to quiet title against its lender without alleging satisfaction of
> those loan obligations."

*Id.,* at *4.

Here, Plaintiff does not allege that he paid the amounts owed under Loan or even that he has the ability to pay. Therefore, his quiet title claim fails as a matter of law and should be dismissed, with prejudice, and without leave to amend.

### 3.    **Plaintiff Lacks Standing to Challenge the Assignments.**

Plaintiff's claim to quiet title, which is premised on the failure of the assignments of the deed of trust, fails as a matter of law. Assignments are not required in Washington in order to enforce the terms of a deed of trust and the promissory note that it secures. Whether the assignment is properly executed or even executed at all does not affect the lender's right to enforce the deed of trust based on the borrower's breach of the loan terms. *See Trujillo v. Nw. Trustee Services, Inc.*, 181 Wn. App. 484, 496-502, 326 P.3d 768 (2014), *reversed in part,* 2015 WL 943982, 183 Wn.2d 820, 355 P.3d 1100 (Wash. Aug. 20, 2015); *In re Butler,* 512 B.R. 643, 656 (Bankr. W.D. WA 2014) (under the deed of trust act, "a security interest follows the obligation it secures," and this is true whether the deed of trust was assigned properly or at all); *In re Jacobson*, 402 B.R. 359, 367 (Bankr. W.D. WA 2009) ("only the holder of the obligation secured by the deed of trust is entitled to foreclose…. [T]ransfer of the note carries with it the security, without any formal assignment or delivery").

Further, even if Plaintiff could establish an argument supporting the alleged invalidity of an assignment, he could not challenge the assignment because, as an unrelated third party to the alleged transfer, Plaintiff lacks standing to enforce such agreements. *See Ogorsolka v. Residential Credit Solutions, Inc.*, No. 2:14–CV–00078–RSM, 2014 WL 2860742, at *8-9 (W.D. Wash. June 23, 2014):

> "Plaintiffs do not allege that they were investors in a trust or a
> party to any purchase and sale agreement and as third party
> borrowers, they lack standing to enforce any terms of the pooling
> and services agreement ..."

Plaintiff is a third party to agreements related to the transfer of the Loan. Accordingly,

6                    Malcolm ♦ Cisneros, A Law Corporation
                                                                   2112 Business Center Drive
                                                                   Irvine, CA 92612

Plaintiff generally cannot enforce assignments of the Deed of Trust even assuming, *arguendo*, that an assignment was defective. *See*, *e.g.*, *Ukpoma v. U.S. Bank Nat. Ass'n*, 2013 WL 1934172, *3 (E.D. Wash. May 9, 2013) ("Even assuming for the sake of argument that the assignments [of a deed of trust] were fraudulently executed, Plaintiff, as a third party, lacks standing to challenge them."); *Borowski v. BNC Mortg., Inc*., 2013 WL 4522253 (W.D Wash. Aug. 27, 2013) (same); *Hummel v. Nw. Tr. Servs., Inc.*, 180 F. Supp. 3d 798, 806 (W.D. Wash. 2016) (citing *Andrews v. Countrywide Bank, NA*, 95 F. Supp. 3d 1298, 1301-02 (W.D. Wash. 2015) (collecting cases), *reconsideration denied*, No. C15-0428JLR, 2015 WL 12085856 (W.D. Wash. Apr. 7, 2015)). *See Gelinas v. U.S. Bank, NA*, No. 16-1468JLR, 2017 WL 553277, at *6 (W.D. Wash. Feb. 10, 2017), *reconsideration denied*, No. C16-1468JLR, 2017 WL 908218 (W.D. Wash. Mar. 7, 2017), *aff'd sub nom. Gelinas v. U.S. Bank for LSF9 Master Participation Tr.*, 713 F. App'x 637 (9th Cir. 2018) (Gelinases did not allege facts from which the court could reasonably infer that they would have to pay the debt twice); *Hayes v. Deutsche Bank Nat'l Tr. Co*., No. 3:16- CV-05736-RJB, 2016 WL 7387101, at *3 (W.D. Wash. Dec. 21, 2016) (Court rejects argument that borrower was at real and genuine risk of paying the same debt twice when only supporting theory was allegedly improper assignment of loan documents).

Plaintiff does not allege that he is at risk of paying the same debt twice, and, regardless, the lien evidenced by the Deed of Trust does not depend on the validity of an assignment. Plaintiff's allegations of purported defective assignments have no effect on the Deed of Trust, and, in any event, he lacks standing to challenge the validity of the assignments in the first place. Because no conceivable amendment will remedy these defects, Plaintiff's claim to quiet title should be dismissed, with prejudice, and without leave to amend.

C.     **Plaintiff Lacks Standing to Prosecute His Claims Because They are Property of His Bankruptcy Estate.**

Property of the bankruptcy estate includes causes of action belonging to a debtor as of the commencement of the bankruptcy case. *Cusano v. Klein* (2001) 264 F.3d 936, 945 (9th Cir.); *Sierra Switchboard Co. v. Westinghouse Elec. Corp.* (1986) 789 F.2d 705, 708 (9th Cir.). Thus, in the bankruptcy context, because the bankruptcy trustee controls the bankruptcy estate, it is the real

party in interest in the suits that belong to the estate. *Griffin v. Allstate Ins. Co.*, 920 F.Supp. 127, 130 (C.D. Cal. 1996) [citing *Sierra Switchboard Co. v. Westinghouse Elec. Corp*, 789 F.2d 705, 708 n. 1 (9th Cir. 1986)].  Moreover, any property of the estate that was not scheduled  remains property of the estate notwithstanding closure of the case. *Cloud v. Northrop Grumman Corp.* (1998) 67 Cal. App. 4th 995, 1003 (internal citations omitted).  *See also* 11 U.S.C. § 554(d) (property of the estate that is not abandoned under 11 U.S.C. § 554 and that is not administered in the case remains property of the estate).

Here, Plaintiff claims that he holds title to the Property free and clear of the Deed of Trust based on certain invalid assignments recorded prior to the filing of his Bankruptcy Case.  Thus, at the time that he filed his Bankruptcy Case, any interest that he had in the Property and any claims that he had against CLS, or its predecessors-in-interest, became property of his bankruptcy estate. Such interest and causes of action remain property of his bankruptcy estate because Plaintiff failed to schedule them.  Consequently, only the bankruptcy trustee has standing to assert such interest and raise such claims and Plaintiff's Complaint should be dismissed, with prejudice, pursuant to FRCP 12(b)(6).

## IV.

## <u>CONCLUSION</u>

The Complaint must be dismissed because it fails, in its entirety, to state any cause of action on which relief can be granted against CLS.  CLS submits that the Complaint should be dismissed with prejudice because its defects cannot be cured by further amendment.

Dated: March 3, 2021

Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

By:  */s/ Nathan F. Smith*
Nathan F. Smith, WSBA #43160
*Attorneys for Community Loan Servicing, LLC*
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

**EXHIBIT 1**

MEANSNO, DebtEd, Repeat, IneligNtc, CLOSED

# U.S. Bankruptcy Court
## Western District of Washington (Seattle)
## Bankruptcy Petition #: 19-12129-TWD

|  |  |
|---|---|
| *Assigned to:* Timothy W. Dore | *Date filed:* 06/06/2019 |
| Chapter 7 | *Date terminated:* 11/13/2019 |
| Voluntary | *Debtor dismissed:* 10/21/2019 |
| No asset | *341 meeting:* 07/02/2019 10:00 AM |
|  | *Complaint Deadline:* 09/03/2019 |

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| ***Debtor***<br>**Romuald Zuchowski**<br>PO Box 59142<br>Renton, WA 98058<br>KING-WA<br>SSN / ITIN: ███████<br>Tax ID / EIN: ███████<br>*aka* **Roman Zuchowski**<br>*dba* **R and I Enterprises Services**<br>*dba* **Terrapax Inc** | represented by **Romuald Zuchowski**<br>PRO SE |
| ***Trustee***<br>**Nancy L James**<br>15008 63rd Dr SE<br>Snohomish, WA 98296<br>425-485-5541 | represented by **Rory C Livesey**<br>Livesey Law Firm<br>600 Stewart St Ste 1908<br>Seattle, WA 98101-2656<br>206-441-0826<br>Email: rory@liveslaw.com |
| ***US Trustee***<br>**United States Trustee**<br>700 Stewart St Ste 5103<br>Seattle, WA 98101<br>(206) 553-2000 | |

| Filing Date | # | Docket Text |
|---|---|---|
| 06/06/2019 | **1**<br>(21 pgs) | Chapter 7 Voluntary Petition, Individual . Statement of Financial Affairs due 6/21/2019. Schedules A-J due 6/21/2019. Summary of schedules due 6/21/2019. Chapter 7 Statement of Your Current Monthly Income and Means Test Calculation Form 122A-1 (12/15) Due: 6/21/2019. Incomplete Filings due by 6/21/2019. Filed by Romuald Zuchowski (MEH) Additional attachment(s) added on 6/7/2019 (DLP). (Entered: 06/06/2019) |
| 06/06/2019 | 2 | Meeting of Creditors & Notice of Appointment of Interim Trustee James, Nancy L with 341(a) meeting to be held on 7/2/2019 at 10:00 AM at US Courthouse, US Courthouse, Room 4107, 700 Stewart St, Seattle, WA 98101. Complaint Deadline: 9/3/2019. (Heuerman, Mari) (Entered: 06/06/2019) |

| | | |
|---|---|---|
| 06/06/2019 | | Receipt of Chapter 7 Filing Fee - $335.00 by MH. Receipt Number 231338. (admin) (Entered: 06/07/2019) |
| 06/06/2019 | 3 | Social Security Number(s) of Debtor(s) Submitted. PDF only viewable by court. Filed by Romuald Zuchowski . (DLP) (Entered: 06/07/2019) |
| 06/06/2019 | 4 (1 pg) | Certificate of Credit Counseling for Debtor . Filed by Romuald Zuchowski . (DLP) (Entered: 06/07/2019) |
| 06/07/2019 | | ** Repeat Filer ** for debtor Romuald Zuchowski Case Number 10-22673, Chapter 11 filed in Washington Western Bankruptcy Court on 10/21/2010 , Dismissed for Other Reason on 08/01/2011; Case Number 11-21213, Chapter 11 filed in Washington Western Bankruptcy Court on 09/22/2011 , Standard Discharge on 09/26/2018.(Admin) (Entered: 06/07/2019) |
| 06/07/2019 | 5 (1 pg) | Notice of Deficient Filing . (DLP) (Entered: 06/07/2019) |
| 06/07/2019 | 6 (2 pgs) | 341 Meeting of Creditors Notice Sent to BNC for Mailing . (DLP) (Entered: 06/07/2019) |
| 06/07/2019 | 7 (1 pg) | ORDER to Show Cause for Eligibility for Discharge . Show Cause hearing date is set for 7/3/2019 at 09:30 AM at Judge Dore's Courtroom, U.S. Courthouse, Room 8106. (DLP) (Entered: 06/07/2019) |
| 06/07/2019 | 8 (2 pgs) | Debtor(s) Requirements to Send Documents to the Trustee. Sent to BNC for Mailing. (admin) (Entered: 06/07/2019) |
| 06/09/2019 | 9 (5 pgs) | BNC Certificate of Mailing - Meeting of Creditors (Related document(s)6 341 Meeting of Creditors Sent to BNC for Mailing). Notice Date 06/09/2019. (Admin.) (Entered: 06/09/2019) |
| 06/09/2019 | 10 (2 pgs) | BNC Certificate of Notice (Related document(s)5 Notice of Deficient Filing). Notice Date 06/09/2019. (Admin.) (Entered: 06/09/2019) |
| 06/09/2019 | 11 (2 pgs) | BNC Certificate of Notice (Related document(s)7 Order to Show Cause). Notice Date 06/09/2019. (Admin.) (Entered: 06/09/2019) |
| 06/12/2019 | 12 (3 pgs) | BNC Certificate of Notice (Related document(s)8 Notice of Required Documents). Notice Date 06/12/2019. (Admin.) (Entered: 06/12/2019) |
| 06/19/2019 | 13 (42 pgs) | Balance of Schedules . Filed by Romuald Zuchowski . (Related document(s)1 Chapter 7 Voluntary Petition). (DLP) (Entered: 06/20/2019) |
| 06/19/2019 | 14 (12 pgs) | Chapter 7 Statement of Current Monthly Income Form 122A-1 , Chapter 7 Means Test Calculation Form 122A-2 . Filed by Romuald Zuchowski . (Related document(s)1 Chapter 7 Voluntary Petition). (DLP) (Entered: 06/20/2019) |
| 06/21/2019 | 15 (48 pgs) | Amending Schedules E/F (fee paid).. Filed by Romuald Zuchowski . (DLP) (Entered: 06/21/2019) |
| 06/21/2019 | | Receipt of Amendment Filing Fee - $31.00 by LC. Receipt Number 231462. (admin) (Entered: 06/22/2019) |
| 06/28/2019 | 16 | Request for Courtesy Notice of Electronic Filing . Filed by Lance E Olsen on |

| | (1 pg) | behalf of Courtesy NEF. (Olsen, Lance) (Entered: 06/28/2019) |
|---|---|---|
| 07/03/2019 | | Minutes. Hearing Held 07/03/2019. Appearances: Romuald Zuchowski, Debtor; and his wife: Ivona Zuchowski. (related document(s): 7 Order to Show Cause for Eligibility for Discharge) Debtor is not eligible for discharge. Court will prepare order. (SDU) (Entered: 07/03/2019) |
| 07/03/2019 | 17 (1 pg) | ◀)) PDF with attached Audio File. Court Date & Time [ 7/3/2019 9:37:28 AM ]. File Size [ 7518 KB ]. Run Time [ 00:20:53 ]. ( 7 Order to Show Cause for Eligibility for Discharge). (admin). (Entered: 07/03/2019) |
| 07/03/2019 | 18 (12 pgs) | Debtor's Response to Order to Show Cause for Eligibility for Discharge (Related document(s)7 Order to Show Cause). .. Filed by Romuald Zuchowski . (DLP) (Entered: 07/03/2019) |
| 07/03/2019 | 19 (6 pgs) | Debtor's Motion to Reopen formerly Discharged Bankruptcy re: 11-21213 . . Filed by Romuald Zuchowski (DLP) (Entered: 07/03/2019) |
| 07/08/2019 | 20 (1 pg) | ORDER Denying Entry of Debtor's Discharge (Related document(s)7 Order to Show Cause). (DLP) (Entered: 07/08/2019) |
| 07/09/2019 | | The trustee of this estate reports that the meeting of creditors was concluded and the trustee is investigating the existence and location of property of the estate not subject to exemptions or security interests. Debtor appeared. (James, Nancy) (Entered: 07/09/2019) |
| 07/11/2019 | 21 (2 pgs) | BNC Certificate of Notice (Related document(s)20 Order GENERIC). Notice Date 07/11/2019. (Admin.) (Entered: 07/12/2019) |
| 07/16/2019 | | The duly appointed Chapter 7 Trustee, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above captioned case. An appropriate notice should be given to creditors to file claims. Filed by Nancy L James on behalf of Nancy L James. (James, Nancy) (Entered: 07/16/2019) |
| 07/16/2019 | 22 (1 pg) | Notice to File Proof of Claim Due to Recovery of Assets. CLAIMS BAR DATE (Related document(s) Trustee's Notice of Assets on Case and Request to Set Claims Bar Date). Proof of Claims due by 10/21/2019 (admin) (Entered: 07/16/2019) |
| 07/17/2019 | 23 (3 pgs) | Objection to Exemptions Filed by Nancy L James on behalf of Nancy L James. (James, Nancy) (Entered: 07/17/2019) |
| 07/19/2019 | 24 (4 pgs) | BNC Certificate of Notice (Related document(s)22 Claims Bar Date). Notice Date 07/19/2019. (Admin.) (Entered: 07/19/2019) |
| 07/30/2019 | 25 (4 pgs) | Application to Employ Rik Jones as Realtor .. Filed by Nancy L James on behalf of Nancy L James (James, Nancy) (Entered: 07/30/2019) |
| 07/30/2019 | 26 (1 pg) | Declaration of Rik Jones for employment (Related document(s)25 Motion to Employ)... Filed by Nancy L James on behalf of Nancy L James. (James, Nancy) (Entered: 07/30/2019) |
| 07/30/2019 | 27 | Declaration of No Objection to employment of realtor (Related document(s)25 |

| | 27 (1 pg) | Motion to Employ)... Filed by Nancy L James on behalf of Nancy L James. (James, Nancy) (Entered: 07/30/2019) |
|---|---|---|
| 07/30/2019 | 28 (1 pg) | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by James, Nancy. Related document 25 (Entered: 07/30/2019) |
| 07/30/2019 | 29 (2 pgs) | Application to Employ Rory Livesey as Attorney .. Filed by Nancy L James on behalf of Nancy L James (James, Nancy) (Entered: 07/30/2019) |
| 07/30/2019 | 30 (1 pg) | Declaration of No Objection *to employment of attorney* (Related document(s)29 Motion to Employ)... Filed by Nancy L James on behalf of Nancy L James. (James, Nancy) (Entered: 07/30/2019) |
| 07/30/2019 | 31 (2 pgs) | Declaration *of Attorney (Rory C. Livesey) of No Adverse Interest Under Bankruptcy Rule 2014* (Related document(s)29 Motion to Employ)... Filed by Rory C Livesey on behalf of Nancy L James. (Livesey, Rory) (Entered: 07/30/2019) |
| 07/30/2019 | 32 (2 pgs) | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by James, Nancy. Related document 29 (Entered: 07/30/2019) |
| 07/31/2019 | 33 (2 pgs) | Ex Parte ORDER Granting Application to Employ Rory Livesey as Trustee's Attorney (Related Doc # 29) . (DLP) (Entered: 07/31/2019) |
| 08/01/2019 | 34 (1 pg) | Ex Parte ORDER Granting Trustee's Application to Employ Rik Jones as Real Estate Agent (Related Doc # 25) . (DLP) (Entered: 08/01/2019) |
| 08/16/2019 | 35 (1 pg) | Notice of Requirement to File Financial Management Course Certificate (admin) (Entered: 08/16/2019) |
| 08/18/2019 | 36 (2 pgs) | BNC Certificate of Notice (Related document(s)35 Notice to File Cert Fin Mgmt Course). Notice Date 08/18/2019. (Admin.) (Entered: 08/18/2019) |
| 08/27/2019 | 37 (1 pg) | Request for Courtesy Notice of Electronic Filing . Filed by Lesley D Bohleber on behalf of Courtesy NEF. (Bohleber, Lesley) (Entered: 08/27/2019) |
| 09/18/2019 | 38 (2 pgs) | Debtor's Motion to Voluntarily Dismiss Ch 7 Case. Certificate of Service . Filed by Romuald Zuchowski (DLP) (Entered: 09/18/2019) |
| 09/26/2019 | 39 (2 pgs) | ORDER to Show Cause Why Case Should Not be Dismissed (Related document(s)38 Motion to Dismiss Ch 7 11 12 9). Show Cause hearing date is set for 10/25/2019 at 09:30 AM at Judge Dore's Courtroom, U.S. Courthouse, Room 8106. Objections due by 10/18/2019. (DLP) Copy sent to Debtor via BNC (Entered: 09/26/2019) |
| 09/28/2019 | 40 (3 pgs) | BNC Certificate of Notice (Related document(s)39 Order to Show Cause). Notice Date 09/28/2019. (Admin.) (Entered: 09/28/2019) |
| 10/21/2019 | | Creditor matrix uploaded/added 1 creditor(s). (admin) (Entered: 10/21/2019) |
| 10/21/2019 | 41 (1 pg) | ORDER Dismissing Case (Related document(s)39 Order to Show Cause). Sent to the BNC for mailing to pro se Debtor. (LWC) (Entered: 10/21/2019) |
| 10/21/2019 | 42 (1 pg) | Notice of Dismissal. Sent to the BNC for mailing to all creditors . (LWC) (Entered: 10/21/2019) |

| | | |
|---|---|---|
| 10/22/2019 | 43 | Minutes. Hearing Date: 10/25/2019. (related document(s): 39 Order to Show Cause Why Case Should Not be Dismissed ) Order Dismissing Case entered 1/21/2019. Hearing will not be held. (SDU) (Entered: 10/22/2019) |
| 10/22/2019 | | Chapter 7 Trustee's Report of No Distribution: I, Nancy L James, having been appointed trustee of the estate of the above-named debtor(s), report that this case was dismissed or converted. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 0 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Nancy L James on behalf of Nancy L James. (James, Nancy) (Entered: 10/22/2019) |
| 10/23/2019 | 44 (4 pgs) | BNC Certificate of Notice (Related document(s)42 Notice of Dismissal). Notice Date 10/23/2019. (Admin.) (Entered: 10/23/2019) |
| 10/23/2019 | 45 (2 pgs) | BNC Certificate of Notice (Related document(s)41 Order Dismissing Case). Notice Date 10/23/2019. (Admin.) (Entered: 10/23/2019) |
| 11/13/2019 | | CLOSED CASE. Order Closing Case. An order dismissing has been entered by the Court, and notice of the dismissal has been given to the debtor(s) and all creditors and all other required documentation having been entered; therefore, IT IS ORDERED that the within case be and the same is hereby closed . Mark L. Hatcher, Clerk . (DLP) (Entered: 11/13/2019) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/02/2021 11:43:52 | | |
| **PACER Login:** | malcolmbk | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 19-12129-TWD Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

**EXHIBIT 2**

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **Romuald Zuchowski** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | Western District of Washington |
| Case number | **19-12129** |
| | (If known) |

FILED

2019 JUN 19 PM 3: 12

M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE

BY_____DEP CLK

☑ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................................. | $ 855,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ........................................... | $ 14,850.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ........................................................ | $ 869,850.00 |

### Part 2:   Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ....................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ......................... | + $ 655,000.00 |
| **Your total liabilities** | $ 655,000.00 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ................................................ | $ 6,008.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ..................................................... | $ 5,873.00 |

Case 19-12129-TWD    Doc 13    Filed 06/19/19    Ent. 06/20/19 14:49:21    Pg. 1 of 42

Debtor 1   **Romuald Zuchowski** _____
          First Name   Middle Name   Last Name          Case number (if known) 19-12129

| Part 4: | **Answer These Questions for Administrative and Statistical Records** |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** _Consumer debts_ are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the** _Statement of Your Current Monthly Income_: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.            $ 6008.00

9. **Copy the following special categories of claims from Part 4, line 6 of** _Schedule E/F_:

   | | Total claim |
   |---|---|
   | **From Part 4 on** _Schedule E/F_, **copy the following:** | |
   | 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
   | 9d. Student loans. (Copy line 6f.) | $ 0.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
   | 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Case 19-12129-TWD   Doc 13   Filed 06/19/19   Ent. 06/20/19 14:49:21   Pg. 2 of 42

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | Romuald Zuchowski | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN District of WASHINGTON

Case number  19-12129

☑ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1**  15314 SE 20th Street
Street address, if available, or other description

Bellevue          WA    98007
City                    State    ZIP Code

King County
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: 792330-0270

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $ 670,000.00

Current value of the portion you own?  $ 379,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2**  931 S 32nd Street
Street address, if available, or other description

Renton          WA    98055
City                    State    ZIP Code

King County
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: 948576-0100

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $ 480,000.00

Current value of the portion you own?  $ 273,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Official Form 106A/B              Schedule A/B: Property              page 1

Debtor 1 **Romuald Zuchowski**
First Name    Middle Name    Last Name

Case number *(if known)* **19-12129**

---

1.3.  **3512 NE 9th Street**
Street address, if available, or other description

**Renton          WA    98056**
City              State   ZIP Code

**King County**
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **042500-0205**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ **360,000.00**

**Current value of the portion you own?**
$ **230,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** .............................→  $ **855,000.00**

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.  Make:   **VW**
Model:   **Passat**
Year:   **1996**
Approximate mileage:   **273000**
Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ **700.00**

**Current value of the portion you own?**
$ **700.00**

If you own or have more than one, describe here:

3.2.  Make:   **Toyota**
Model:   **Rav4**
Year:   **2000**
Approximate mileage:   **230000**
Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ **3,000.00**

**Current value of the portion you own?**
$ **3,000.00**

---

Official Form 106A/B           Schedule A/B: Property           page 2

Debtor 1  **Romuald Zuchowski**    Case number *(if known)* 19-12129
First Name    Middle Name    Last Name

3.3. Make: **Lexus**

Model: **GS300**

Year: **2001**

Approximate mileage: **135000**

Other information:

Who has an interest in the property? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 3,500.00 | $ 3,500.00 |

3.4. Make: **Audi**

Model: **A6**

Year: **1996**

Approximate mileage: **167000**

Other information:

Who has an interest in the property? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 2,000.00 | $ 2,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft. fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1. Make: _____

Model: _____

Year: _____

Other information:

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ....................................... ➔ | $ 9,200.00 |

Debtor 1   **Romuald Zuchowski**
　　　　　First Name　　Middle Name　　　　Last Name

Case number (if known) 19-12129

---

| **Part 3:** | **Describe Your Personal and Household Items** |

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
- ☐ No
- ☑ Yes. Describe......... | Appliances, furniture, china | $ 1,500.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collection; electronic devices including cell phones, cameras, media players, games
- ☐ No
- ☑ Yes. Describe......... | TV, computers, printers, photo cameras | $ 1,500.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
- ☐ No
- ☑ Yes. Describe......... | books, photographs, art | $ 500.00

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
- ☐ No
- ☑ Yes. Describe......... | sport equipment- skis, bicycles | $ 300.00

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
- ☑ No
- ☐ Yes. Describe......... | | $ 0.00

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
- ☐ No
- ☑ Yes. Describe......... | shoes & clothes | $ 400.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
- ☑ No
- ☐ Yes. Describe......... | | $ 0.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
- ☑ No
- ☐ Yes. Describe......... | | $ 0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**
- ☑ No
- ☐ Yes. Give specific information. ............. | | $ 0.00

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................. → | $ 4,200.00

---

Debtor 1     **Romuald Zuchowski**
First Name     Middle Name     Last Name          Case number *(if known)* **19-12129**

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ............................................................................................. Cash: ...................... $     35.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☐ Yes ......................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Chase | $ 1,380.00 |
| 17.2. Checking account: | Ukrainian Federal Credit Union | $ 20.00 |
| 17.3. Savings account: | Chase | $ 0.00 |
| 17.4. Savings account: | Ukrainian Federal Credit Union | $ 15.00 |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................

Institution or issuer name:

$ _____
$ _____
$ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% % | $ |
| | 0% % | $ |
| | 0% % | $ |

Debtor 1    **Romuald Zuchowski**
First Name    Middle Name    Last Name

Case number (if known) 19-12129

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific     Issuer name:
information about
them.................

$_____
$_____
$_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each
account separately.    Type of account:    Institution name:

| | | |
|---|---|---|
| 401(k) or similar plan: | | $_____ |
| Pension plan: | Western Metal & Industry Plan | $          0.00 |
| IRA: | | $_____ |
| Retirement account: | | $_____ |
| Keogh: | | $_____ |
| Additional account: | | $_____ |
| Additional account: | | $_____ |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes .......................    Institution name or individual:

| | | |
|---|---|---|
| Electric: | | $_____ |
| Gas: | | $_____ |
| Heating oil: | | $_____ |
| Security deposit on rental unit: | | $_____ |
| Prepaid rent: | | $_____ |
| Telephone: | | $_____ |
| Water: | | $_____ |
| Rented furniture: | | $_____ |
| Other: | | $_____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes .......................    Issuer name and description:

$_____
$_____
$_____

---

Debtor 1   **Romuald Zuchowski**
    First Name    Middle Name      Last Name

Case number *(if known)* **19-12129**

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ................................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    $_____
    $_____
    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
   information about them...     $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
   information about them...     $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
   information about them...     $_____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
   about them, including whether
   you already filed the returns
   and the tax years. .....................

Federal:   $_____
State:     $_____
Local:     $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..............

Alimony:         $_____
Maintenance:     $_____
Support:         $_____
Divorce settlement:   $_____
Property settlement:  $_____

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..............
    $_____

---

Debtor 1 <u>Romuald Zuchowski</u>                           Case number *(if known)* <u>19-12129</u>
First Name     Middle Name     Last Name

---

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information................ [              ]   $ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. .................. [              ]   $ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ............... [              ]   $ _____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............ [              ]   $ _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**   →   $ **1,450.00**

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No

☐ Yes. Describe............ [              ]   $ _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☐ Yes. Describe........ [              ]   $ _____

---

Debtor 1  **Romuald Zuchowski**                    Case number *(if known)* 19-12129
First Name    Middle Name    Last Name

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ☐ No
- ☐ Yes. Describe...... [_____] $_____

**41. Inventory**
- ☐ No
- ☐ Yes. Describe...... [_____] $_____

**42. Interests in partnerships or joint ventures**
- ☐ No
- ☐ Yes. Describe......   Name of entity:                          % of ownership:
  - _____   _____%   $_____
  - _____   _____%   $_____
  - _____   _____%   $_____

**43. Customer lists, mailing lists, or other compilations**
- ☐ No
- ☐ Yes. **Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?**
  - ☐ No
  - ☐ Yes. Describe....... [_____] $_____

**44. Any business-related property you did not already list**
- ☐ No
- ☐ Yes. Give specific
  information ......... _____   $_____
  _____   $_____
  _____   $_____
  _____   $_____
  _____   $_____
  _____   $_____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here                                            → $_____0.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**47. Farm animals**
*Examples*: Livestock, poultry, farm-raised fish
- ☐ No
- ☐ Yes ..................... [_____] $_____

Official Form 106A/B                    Schedule A/B: Property                    page **9**

Debtor 1   **Romuald Zuchowski**                                            Case number *(if known)* 19-12129
_____First Name____Middle Name____Last Name_____

**48. Crops—either growing or harvested**

☐ No
☐ Yes. Give specific
information. .............                                                        $ _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes ........................                                                     $ _____

**50. Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes ........................                                                     $ _____

**51. Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific
information. .............                                                        $ _____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached   ➜   $          0.00
for Part 6. Write that number here ...............................................................................................

---

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53.** Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific                                                             $ _____
information. .............                                                        $ _____
                                                                                  $ _____

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ............➜   $          0.00

---

**Part 8:   List the Totals of Each Part of this Form**

**55.** Part 1: Total real estate, line 2 .......................................................................➜   $     855,000.00

**56.** Part 2: Total vehicles, line 5                               $        9,200.00

**57.** Part 3: Total personal and household items, line 15          $        4,200.00

**58.** Part 4: Total financial assets, line 36                      $        1,450.00

**59.** Part 5: Total business-related property, line 45             $            0.00

**60.** Part 6: Total farm- and fishing-related property, line 52    $            0.00

**61.** Part 7: Total other property not listed, line 54           + $            0.00

**62.** Total personal property. Add lines 56 through 61. ...............   $     14,850.00   Copy personal property total ➜  + $     14,850.00

**63.** Total of all property on Schedule A/B. Add line 55 + line 62. ...................................   $     869,850.00

Official Form 106A/B                    Schedule A/B: Property                                    page 10

Fill in this information to identify your case:

Debtor 1 **Romuald Zuchowski**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number **19-12129**
(if known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Real Estate<br>Line from *Schedule A/B*: 1.1 | $855,000.00 | ☐ $_____<br>☑ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Vehicles<br>Line from *Schedule A/B*: 1.2 | $  9,200.00 | ☐ $_____<br>☑ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Household Items<br>Line from *Schedule A/B*: 1.3 | $4,200 | ☐ $_____<br>☑ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     ☐ No
     ☐ Yes

| Debtor 1 | **Romuald Zuchowski** | | Case number (if known) | 19-12129 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Part 2:** **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you *own*<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 2 of __

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Romuald Zuchowski** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Washington

Case number **19-12129**
(If known)

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.1**

Creditor's Name

Number       Street

_____

City             State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred

Describe the property that secures the claim:       $_____   $_____   $_____

_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

**2.2**

Creditor's Name

Number       Street

_____

City             State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred

Describe the property that secures the claim:       $_____   $_____   $_____

_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:   $_____

**Fill in this information to identify your case:**

Debtor 1    **Romuald Zuchowski**
     First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number   **19-12129**
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

**2.1**

| | |
|---|---|
| Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___   $_____   $_____   $_____ |
| | **When was the debt incurred?** _____ |
| Number   Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| City    State    ZIP Code | ☐ Contingent |
| **Who incurred the debt?** Check one. | ☐ Unliquidated |
| ☐ Debtor 1 only | ☐ Disputed |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** |
| ☐ At least one of the debtors and another | ☐ Domestic support obligations |
| ☐ Check if this claim is for a community debt | ☐ Taxes and certain other debts you owe the government |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ No | ☐ Other. Specify _____ |
| ☐ Yes | |

**2.2**

| | |
|---|---|
| Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___   $_____   $_____   $_____ |
| | **When was the debt incurred?** _____ |
| Number   Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| City    State    ZIP Code | ☐ Contingent |
| **Who incurred the debt?** Check one. | ☐ Unliquidated |
| ☐ Debtor 1 only | ☐ Disputed |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** |
| ☐ At least one of the debtors and another | ☐ Domestic support obligations |
| ☐ Check if this claim is for a community debt | ☐ Taxes and certain other debts you owe the government |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ No | ☐ Other. Specify _____ |
| ☐ Yes | |

Debtor 1   __Romuald Zuchowski__
           First Name   Middle Name   Last Name          Case number (if known) 19-12129

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.   Total claim   Priority amount   Nonpriority amount

---

Priority Creditor's Name

Number      Street

City              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __        $_____  $_____  $_____

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Priority Creditor's Name

Number      Street

City              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __        $_____  $_____  $_____

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Priority Creditor's Name

Number      Street

City              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __        $_____  $_____  $_____

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Debtor 1 __Romuald__ _____ __Zuchowski__
 First Name   Middle Name   Last Name

Case number *(if known)* 19-12129

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.**

|  |  | Total claim |
|---|---|---|

**4.1**   Select Portfolio Servicing, Inc Inc
Nonpriority Creditor's Name
PO BOX 65250
Number        Street
Salt Lake City          UT        84165
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  8  7  7  8      $   301,000.00
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Kane Cty Case # 10CH31229

---

**4.2**   Bayview Loan Servicing, LLC
Nonpriority Creditor's Name
4425 Ponce de Leon Blvd. 5th Floor
Number        Street
Coral Gables,          FL        33146
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  2  9  8  8      $   221,000.00
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Kane Cty Case # 10CH31229

---

**4.3**   Chase
Nonpriority Creditor's Name
PO BOX 469030
Number        Street
Glendale          CO        80246
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  4  9  4  6      $   157,000.00
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Kane Cty Case # 10CH31229

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __ of __

Debtor 1  **Romuald Zuchowski**
First Name    Middle Name    Last Name

Case number *(if known)* **19-12129**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

**Trustee Corps**
Nonpriority Creditor's Name

**500 Union Street, Suite 620**
Number        Street

**Seattle**            **WA**      **98101**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number  2  9  8  8        $ 221,000.0

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Kane Cty Case # 10CH31229**

---

**Trustee Corps**
Nonpriority Creditor's Name

**17100 Gillette Ave**
Number        Street

**Irving**              **CA**      **92614**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number  2  9  8  8        $ 221,000.0

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Kane Cty Case # 10CH31229**

---

Nonpriority Creditor's Name

Number        Street

City                    State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___        $ _____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

---

Debtor 1     **Romuald Zuchowski**
First Name    Middle Name    Last Name          Case number *(if known)* **19-12129**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

6. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

_____
Name

On which entry in Part 1 or Part 2 did you list the original creditor?

_____
Number    Street

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____
City        State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

_____
Name

On which entry in Part 1 or Part 2 did you list the original creditor?

_____
Number    Street

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____
City        State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

_____
Name

On which entry in Part 1 or Part 2 did you list the original creditor?

_____
Number    Street

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____
City        State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

_____
Name

On which entry in Part 1 or Part 2 did you list the original creditor?

_____
Number    Street

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____
City        State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

_____
Name

On which entry in Part 1 or Part 2 did you list the original creditor?

_____
Number    Street

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____
City        State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

_____
Name

On which entry in Part 1 or Part 2 did you list the original creditor?

_____
Number    Street

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____
City        State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

_____
Name

On which entry in Part 1 or Part 2 did you list the original creditor?

_____
Number    Street

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____
City        State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    **Romuald Zuchowski**
            First Name    Middle Name    Last Name                                    Case number (if known) **19-12129**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

| | | | Total claim |
|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| 6e. | Total. Add lines 6a through 6d. | 6e. | $ 0.00 |

**Total claims from Part 2**

| | | | Total claim |
|---|---|---|---|
| 6f. | Student loans | 6f. | $ 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 855,000.00 |
| 6j. | Total. Add lines 6f through 6i. | 6j. | $ 855,000.00 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor | **Romuald Zuchowski** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Western District of Washington |
| Case number (if known) | **19-12129** |

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Name<br><br>Number    Street<br><br>City    State    ZIP Code | |
| **2.2** Name<br><br>Number    Street<br><br>City    State    ZIP Code | |
| **2.3** Name<br><br>Number    Street<br><br>City    State    ZIP Code | |
| **2.4** Name<br><br>Number    Street<br><br>City    State    ZIP Code | |
| **2.5** Name<br><br>Number    Street<br><br>City    State    ZIP Code | |

Case 19-12129-TWD    Doc 13    Filed 06/19/19    Ent. 06/20/19 14:49:21    Pg. 22 of 42

**Fill in this information to identify your case:**

Debtor 1    Romuald Zuchowski
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name          Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number   19-12129
(if known)

☐ Check if this is an
   amended filing

## Official Form 106H
# Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☑ Yes. In which community state or territory did you live? Washington     . Fill in the name and current address of that person.

   Ivona Z. Jones
   Name of your spouse, former spouse, or legal equivalent

   931 S 32nd Street
   Number     Street

   Renton                    WA          98055
   City                      State       ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
|  | Check all schedules that apply: |
| **3.1** Name<br><br>Number     Street<br><br>City          State     ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** Name<br><br>Number     Street<br><br>City          State     ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** Name<br><br>Number     Street<br><br>City          State     ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Official Form 106H                Schedule H: Your Codebtors                page 1 of ___

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | Romuald Zuchowski | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Washington

Case number (if known)   19-12129

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | Fill in your employment information.<br><br>If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | **Employment status**   ☑ Employed   ☐ Not employed | ☐ Employed   ☐ Not employed |
| | | **Occupation**   Senior Telecom Analyst | |
| | | **Employer's name**   3MD Inc | |
| | | **Employer's address**   18300 Redmond Way | |
| | | Number   Street | Number   Street |
| | | Redmond   WA   98052 | |
| | | City   State   ZIP Code | City   State   ZIP Code |
| | | **How long employed there?**   3 years | 3 years |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 6,800.00 | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 6,800.00 | $_____ |

Debtor 1  __Romuald Zuchowski_____    Case number (if known) 19-12129
       First Name   Middle Name   Last Name

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here....................................................... → 4. | $ 6,800.00 | $_____ |

5. List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 1,002.00 | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $_____ | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $_____ | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $_____ | $_____ |
| 5e. Insurance | 5e. | $ 90.00 | $_____ |
| 5f. Domestic support obligations | 5f. | $_____ | $_____ |
| 5g. Union dues | 5g. | $_____ | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. + $_____ | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.    $ 1,092.00    $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 5,708.00    $_____

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 300.00    $_____

8b. **Interest and dividends**    8b.    $ 0.00    $_____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $_____

8d. **Unemployment compensation**    8d.    $ 0.00    $_____

8e. **Social Security**    8e.    $ 0.00    $_____

8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____    8f.    $ 0.00    $_____

8g. **Pension or retirement income**    8g.    $ 0.00    $_____

8h. **Other monthly income. Specify:** _____    8h. + $ 0.00    + $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 300.00    $_____

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 6,008.00  +  $ 6,008.00  =  $ 6,008.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____    11. + $_____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12.    $ 6,008.00
    Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☑ No.
    ☐ Yes. Explain: _____

Official Form 106I                          Schedule I: Your Income                          page 2

**Fill in this information to identify your case:**

Debtor 1  **Romuald Zuchowski**
          First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number  19-12129
(if known)

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13
  expenses as of the following date:
  _____
  MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**      ☐ No

   Do not list Debtor 1 and       ☐ Yes. Fill out this information for
   Debtor 2.                            each dependent..........................

   Do not state the dependents'
   names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☐ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 2,340.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ _____ |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ _____ |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 200.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ _____ |

Official Form 106J                    Schedule J: Your Expenses                    page 1

Debtor 1  __Romuald Zuchowski_____     Case number *(if known)* __19-12129_____
      First Name    Middle Name    Last Name

|  |  | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5.   $_____ |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a.   $_____ 100.00 |
| 6b. | Water, sewer, garbage collection | 6b.   $_____ 100.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c.   $_____ 50.00 |
| 6d. | Other. Specify: _____ | 6d.   $_____ |
| 7. | **Food and housekeeping supplies** | 7.   $_____ |
| 8. | **Childcare and children's education costs** | 8.   $_____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9.   $_____ |
| 10. | **Personal care products and services** | 10.   $_____ |
| 11. | **Medical and dental expenses** | 11.   $_____ |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. *Do not include car payments.* | 12.   $_____ |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.   $_____ |
| 14. | **Charitable contributions and religious donations** | 14.   $_____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. | Life insurance | 15a.   $_____ 0.00 |
| 15b. | Health insurance | 15b.   $_____ 0.00 |
| 15c. | Vehicle insurance | 15c.   $_____ 110.00 |
| 15d. | Other insurance. Specify: _____ | 15d.   $_____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _sales tax_____ | 16.   $_____ 50.00 |
| 17. | **Installment or lease payments:** | |
| 17a. | Car payments for Vehicle 1 | 17a.   $_____ 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b.   $_____ 0.00 |
| 17c. | Other. Specify: _____ | 17c.   $_____ |
| 17d. | Other. Specify: _____ | 17d.   $_____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18.   $_____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19.   $_____ |
| 20. | **Other real property expenses** not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | |
| 20a. | Mortgages on other property | 20a.   $_____ 2,723.00 |
| 20b. | Real estate taxes | 20b.   $_____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c.   $_____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d.   $_____ 200.00 |
| 20e. | Homeowner's association or condominium dues | 20e.   $_____ 50.00 |

Debtor 1 __Romuald Zuchowski__   Case number (if known) __19-12129__
First Name   Middle Name   Last Name

| | | |
|---|---|---|
| 21. **Other.** Specify: _____ | 21. | +$_____ |

22. **Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | $_____5,873.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $_____ |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $_____5,873.00 |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I.* | 23a. | $_____6,008.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | – $_____5,873.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $_____135.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.   Explain here:

Fill in this information to identify your case:

Debtor 1    **Romuald Zuchowski**
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name          Last Name

United States Bankruptcy Court for the:  Western District of Washington

Case number   **19-12129**
(If known)

☐ Check if this is an
   amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 931 S 32nd Street<br>Number     Street | From _____<br>To _____ | Number   Street | From _____<br>To _____ |
| Renton          WA   98055<br>City          State   ZIP Code | | City          State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number     Street | From _____<br>To _____ | Number   Street | From _____<br>To _____ |
| City          State   ZIP Code | | City          State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

Official Form 107              Statement of Financial Affairs for Individuals Filing for Bankruptcy              page 1

Debtor 1    **Romuald Zuchowski**      Case number *(if known)* 19-12129
    First Name    Middle Name    Last Name

---

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $ 21,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ _____ |
| **For last calendar year:** (January 1 to December 31, 2018)   YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $ 95,797.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ _____ |
| **For the calendar year before that:** (January 1 to December 31, 2017)   YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $ 82,923.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ _____ |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | rental income | $ 8,500.00 | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| **For last calendar year:** (January 1 to December 31, 2018)   YYYY | rental income | $ 30,000.00 | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| **For the calendar year before that:** (January 1 to December 31, 2017)   YYYY | rental income | $ 33,900.00 | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |

Debtor 1 <u>__Romuald Zuchowski_____</u>  Case number *(if known)*<u>__19-12129_____</u>
First Name     Middle Name     Last Name

---

**Part 3:** **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☐ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☑ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name<br><br>Number   Street<br><br>City   State   ZIP Code | _____ _____ _____ _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br><br>Number   Street<br><br>City   State   ZIP Code | _____ _____ _____ _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br><br>Number   Street<br><br>City   State   ZIP Code | _____ _____ _____ _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1  __Romuald Zuchowski__
First Name   Middle Name   Last Name

Case number (if known) 19-12129

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number   Street | _____ | | | |
| | _____ | | | |
| City   State   ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number   Street | _____ | | | |
| | _____ | | | |
| City   State   ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number   Street | _____ | | | |
| | _____ | | | |
| City   State   ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number   Street | _____ | | | |
| | _____ | | | |
| City   State   ZIP Code | | | | |

---

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 4

Debtor 1  **Romuald Zuchowski**                                    Case number *(if known)* __19-12129__
First Name    Middle Name    Last Name

---

**Part 4:  Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☑ No
    ☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number    Street _____ <br><br> City_____ State___ ZIP Code___ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title _____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number    Street _____ <br><br> City_____ State___ ZIP Code___ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name _____ <br><br> Number    Street _____ <br><br> _____ <br><br> City_____ State___ ZIP Code___ | | _____ | $_____ |
| | **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |
| Creditor's Name _____ <br><br> Number    Street _____ <br><br> _____ <br><br> City_____ State___ ZIP Code___ | Describe the property | Date | Value of the property <br> $_____ |
| | **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

---

Debtor 1   Romuald Zuchowski                                    Case number *(if known)* 19-12129
        First Name    Middle Name    Last Name

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| | | | $_____ |
| Number   Street | | | |
| | | | |
| City          State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number   Street | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number   Street | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1   **Romuald Zuchowski**                     Case number *(if known)* 19-12129
First Name   Middle Name   Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name _____ _____ | | _____ | $_____ |
| | | _____ | $_____ |
| Number   Street | | | |
| City   State   ZIP Code | | | |

---

**Part 6:   List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:   List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, *or* credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number   Street | | _____ | $_____ |
| City   State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

---

Debtor 1  __Romuald Zuchowski_____    Case number (if known) __19-12129_____
          First Name   Middle Name   Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number    Street | | | $ |
| City          State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number    Street | | | $ |
| City          State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you | | | |
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you | | | |

Debtor 1    __Romuald Zuchowski_____    Case number (if known) __19-12129__
            First Name    Middle Name    Last Name

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Number   Street<br>_____<br>City   State   ZIP Code | | | | |
| Name of Financial Institution _____ | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |
| Number   Street<br>_____<br>City   State   ZIP Code | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ | Name _____ | | ☐ No<br>☐ Yes |
| Number   Street<br>_____<br>City   State   ZIP Code | Number   Street<br>_____<br>City   State   ZIP Code | | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 9

Debtor 1    **Romuald Zuchowski**                    Case number (if known) 19-12129
     First Name    Middle Name    Last Name

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

  ☑ No
  ☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number   Street | Number   Street | | |
| | City State  ZIP Code | | |
| City                State      ZIP Code | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

  ☑ No
  ☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number   Street | Number   Street | | |
| City                State      ZIP Code | City                State      ZIP Code | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

  ☑ No
  ☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number   Street | Number   Street | | |
| City                State      ZIP Code | City                State   ZIP Code | | |

---

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page **10**

Debtor 1   Romuald Zuchowski _____   Case number (if known) 19-12129
          First Name   Middle Name   Last Name

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| | Number   Street | | ☐ On appeal |
| | | | ☐ Concluded |
| Case number | City   State   ZIP Code | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| Terrapax, Inc | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| 931 S 32nd Street | Property Management | EIN:  8 _ 1 _- 3 _ 4 _ 7 _ 4 _ 6 _ 3 _ 6 |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| Renton   WA   98055 | | From 07/11/2016 To 06/19/2019 |
| City   State   ZIP Code | | |
| | Describe the nature of the business | Employer Identification number |
| Business Name | | Do not include Social Security number or ITIN. |
| | | EIN: __ __ -__ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 11

Debtor 1    __Romuald Zuchowski__

First Name    Middle Name    Last Name      Case number (if known) __19-12129__

| | Describe the nature of the business | Employer identification number |
| --- | --- | --- |
| Business Name | | Do not include Social Security number or ITIN. |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| | | |
| City            State        ZIP Code | | From _____ To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| | Date issued |
| --- | --- |
| Name | |
| | MM / DD / YYYY |
| Number   Street | |
| | |
| City            State        ZIP Code | |

---

| Part 12: | Sign Below |
| --- | --- |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _(signature)_       ✗ _____

Signature of Debtor 1          Signature of Debtor 2

Date 6|19|2019        Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☐ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☐ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Fill in this information to identify your case:**

Debtor 1 **Romuald Zuchowski**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number **19-12129**
(if known)

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List Your Creditors Who Have Secured Claims** |
|---|---|

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: _____  Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |
| Creditor's name: _____  Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |
| Creditor's name: _____  Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |
| Creditor's name: _____  Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |

Debtor 1 <u>**Romuald Zuchowski**</u>　　　　　　　　　Case number *(if known)* <u>19-12129</u>
First Name　　Middle Name　　　Last Name

| **Part 2:** | **List Your Unexpired Personal Property Leases** |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |

| **Part 3:** | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____　　　　X _____
Signature of Debtor 1　　　　　　　　　　　　Signature of Debtor 2

Date **6│19│19**　　　　　　　　　　　　Date _____
　　MM / DD / YYYY　　　　　　　　　　　　　　MM / DD / YYYY

Official Form 108　　　　**Statement of Intention for Individuals Filing Under Chapter 7**　　　　page 2

**EXHIBIT 3**

# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "BAYVIEW LOAN SERVICING, LLC", CHANGING ITS NAME FROM "BAYVIEW LOAN SERVICING, LLC" TO "COMMUNITY LOAN SERVICING, LLC", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF SEPTEMBER, A.D. 2020, AT 8:54 O`CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE TWENTY-EIGHTH DAY OF SEPTEMBER, A.D. 2020.



Jeffrey W. Bullock, Secretary of State

3700808  8100
SR# 20207295191

Authentication: 203677673
Date: 09-17-20

You may verify this certificate online at corp.delaware.gov/authver.shtml

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1.    Name of Limited Liability Company: Bayview Loan Servicing, LLC

_____

2.    The Certificate of Formation of the limited liability company is hereby amended as follows:

Bayview Loan Servicing, LLC is changing its name to Community Loan Servicing, LLC effective September 28, 2020

**IN WITNESS WHEREOF**, the undersigned have executed this Certificate on the 29th day of July , A.D. 2020 .

By: *Brian E. Bomstein*
77E51620648D4B9...
                              Authorized Person(s)

Name: Brian E. Bomstein
                              Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:54 AM 09/16/2020
FILED 08:54 AM 09/16/2020
SR 20207295191 - File Number 3700808

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 3, 2021, I electronically filed the foregoing document:

**COMMUNITY LOAN SERVICING, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following on March 3, 2021:

Romuald Zuchowski
P.O. Box 59142
Renton, WA 98058

Dated: March 3, 2021

          */s/ Christina Valenzuela*
          Christina Valenzuela
          An employee of Malcolm ♦ Cisneros, ALC

Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612