UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROMUALD ZUCHOWSKI,

    Plaintiff,

 v.

COMMUNITY LOAN SERVICING LLC, et al.,

    Defendants.

CASE NO. C21-269 MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Having received Defendants' Motion to Dismiss (Dkt. No. 6) and Plaintiff's Motion to Remand (Dkt. No. 10), and finding that the Court cannot consider Defendants' motions until the issue of the Court's jurisdiction is resolved, the Court hereby re-notes Defendants' Motion to Dismiss for **April 23, 2021**, to be considered after the briefing on Plaintiff's Motion to Remand is complete.

MINUTE ORDER - 1

1    The clerk is ordered to provide copies of this order to all counsel and to change the noting
2    date for Defendants' motion (Dkt. No. 6) to **April 23, 2021.**

4    Filed April 13, 2021.

                                              William M. McCool
                                              Clerk of Court

                                              s/Grant Cogswell
                                              Deputy Clerk