UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ROMUALD ZUCHOWSKI, | CASE NO. C21-269 MJP |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| COMMUNITY LOAN SERVICING LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received Plaintiff's Second Motion to Remand. (Dkt. No. 17.) The Court is currently considering Defendant's Motion to Dismiss (Dkt. Nos. 6, 13, 15) and Plaintiff's Motion to Remand (Dkt. Nos. 10, 11), both of which were noted for decision on April 23, 2021. Plaintiff's Second Motion to Remand is not based on new facts or legal grounds, so the Court will not construe it as a motion, which would require time for responsive papers and be noted for

June 11, 2021 under LCR 7(d)(3).  The Court decides all motions as soon as practicable, and normally within thirty days following the noting date.  LCR 7(b)(5).

The clerk is ordered to provide copies of this order to all counsel.

Filed May 17, 2021.

William M. McCool
Clerk of Court

s/Michael Williams
Deputy Clerk
